460 A.2d 848

Commonwealth v. Conyers, Appellant.

Before HESTER, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.